ACCEPTED
05-15-00034-CR
FIFTH COURT OF APPEALS
DALLAS, TEXAS
1/12/2015 6:55:09 PM
LISA MATZ
CLERK

IN THE

FIFTH COURT OF APPEALS

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
1/12/2015 6:55:09 PM
LISA MATZ
Clerk

OF TEXAS AT DALLAS

| | | |
|---|---|---|
| SUMMER RAE HARRIS | § | Appeal No. 05-15-00034-CR |
| | § | Trial No. F14-60100 |
| | § | |
| VS. | § | |
| | § | |
| | § | |
| THE STATE OF TEXAS | § | |

### CERTIFICATE OF SERVICE - CORRECTED

This is to certify that a copy of this Certificate of Service – Corrected has been served on the State via electronic mail in lieu of mailing to the physical address shown below and that the State's copy of the Unopposed Motion to Extend Time to File Notice of Appeal was sent after it was filed via electronic mail in lieu of mailing to the physical address shown below as follows on January 12, 2015:

Dallas County District Attorney's Office
Appellate Division
133 N. Riverfront Blvd. LB 19
Dallas, Texas 75207
*Sent via e-mail to LISA.SMITH@dallascounty.org*

Respectfully submitted,

/s/Christian T. Souza
Christian T. Souza
SBN: 00785414
4303 N. Central Expressway
Dallas, Texas 75205
Tel. (214) 862-7462
Fax: (214) 696-0867
E-Mail: ctsouza@gmail.com